E. MARSHALL HODGKINS #76796
1186 W. Shaw Avenue, Suite 103
Fresno, California 93711
Telephone:  (559) 248-0900
Facsimile:  (559) 248-0901

Attorney for Defendant,  SEAN PLYMALE

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                vs.<br><br>SEAN PLYMALE,<br><br>                              Defendant, | Case No.: **CRF-10-0417 AWI**<br><br>**ORDER TERMINATING ATTORNEY FEE REIMBURSEMENT PAYMENTS AS TO SEAN PLYMALE** |

     By order of this Court, E. Marshall Hodgkins was appointed to represent Defendant Sean Plymale pursuant to 18 U.S.C. § 3006A based on a finding that Defendant Plymale was financially unable to retain counsel. Pursuant to § 3006A(f), the court found that Defendant Sean Plymale had funds available to make some payment. Accordingly, he was ordered to make payments to the Clerk of the Court for deposit in the Treasure as a reimbursement to the Criminal Just Act appropriation.

     That order is now hereby TERMINATED, effective nunc pro tunc to the date of his acquittal of all charges on February 12, 2014. Defendant Sean Plymale is no longer required to make payments to the Clerk of the Court on this matter.

IT IS SO ORDERED.

Dated:   July 22, 2014                                  _____
                                                        SENIOR  DISTRICT  JUDGE